(No. 82-CC-0249– )

ALLEN DREWES, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed July 1, 1983.*

McCLELLAN & HIRSH, for Claimant.

NEIL F. HARTIGAN, Attorney General (JAMES A. KOCH, Assistant Attorney General, of counsel), for Respondent.

Roe, C.J.

This matter comes before the Court upon the joint stipulation of Claimant and Respondent to the entry of an award for Claimant's personal property damage in the amount of $3500.00, Respondent having conceded liability for such loss to that extent. The Court not being otherwise duly advised in the premises, therefore,

It is hereby ordered that an award be entered in favor of Claimant, Allen Drewes, in the amount of $3500.00 in full and final satisfaction of his personal property claim.